United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 97-5009 September Term, 1999
 96cv00408

Animal Legal Defense Fund, Inc., et al.,
 Appellees

 v.

National Association For Biomedical Research,
 Appellant

__________________________________________
Consolidated with 97-5031, 97-5074

 BEFORE: Williams, Sentelle and Garland, Circuit Judges 

 O R D E R

 It is ORDERED, on the Court's own motion, that the opinion filed herein this date
is amended, as follows:

 At Page One:

 Delete the text beginning with "No. 97-5009" and ending
 with "Consolidated with Nos. 97-5031 and 97-5074".

and insert in lieu thereof:
 No. 97-5031
 
 Animal Legal Defense Fund, Inc., et al.,
 Appellees
 
 v.
 
Daniel R. Glickman, In his official capacity as Secretary, United States Department of
 Agriculture, et al.,
 Appellants
 
 National Association For Biomedical Research,
 Appellee

 ___________

 Consolidated with
 Nos. 97-5009 and 97-5074

 At Page One, in the section setting forth the names of counsel, in
 paragraph one, line two:

 Delete

 "In Nos 97-5009 and"

 And insert in lieu thereof

 "Glickman, et al. in"

 At Page two,

 Delete the first full paragraph

 And insert in lieu thereof

 Harris Weinstein argued the cause for appellant
 National Association for Biomedical Research in No.
 97-5009. Michael G. Michaelson was with him on the
 brief.
 

 
Mark J. Langer, Clerk

 
Filed on February 1, 2000